Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GRUBB & ELLIS MANAGEMENT SERVICES,
INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

PEDRO MACIAS (AND WIFE, ROSITA                              Index No.: 08-CV-2286
CEVALLOS),

                              Plaintiff(s),                 **NOTICE OF ADOPTION OF ANSWER
                                                           TO MASTER COMPLAINT**

        -against-                                          **ELECTRONICALLY FILED**

100 WALL STREET COMPANY LLC, *et al.*,

                              Defendant(s).
--------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, GRUBB & ELLIS MANAGEMENT

SERVICES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to

the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master

Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center

Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC.,

demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
　　　　June 19, 2008

<div style="margin-left: 40%;">

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
GRUBB & ELLIS MANAGEMENT SERVICES, INC.

By: _____
　　Richard E. Leff (RL-2123)
　　80 Broad Street, 23rd Floor
　　New York, New York 10004
　　(212) 509-3456

</div>

TO:　　WORBY GRONER & NAPOLI BERN, LLP
　　　　Plaintiffs Liaison
　　　　In Re Lower Manhattan Disaster Site
　　　　Litigation
　　　　115 Broadway, 12th Floor
　　　　New York, New York 10006
　　　　(212) 267-3700

　　　　All Defense Counsel